EMERGENCY

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE: Marie C. Dambreville Penn

Case No. 16-18983

Chapter 13

Movant/Plaintiff

Adversary No. _____
(If Applicable)

vs.

Respondent/Defendant

**PRAECIPE** Motion to extend stay

I'm requesting an extension for document submission via lawyer. I met with Attorney Derek Bathrick of Andrews Law Firm. Per his guidance the extension is needed so that he can complete & submit documents required for a Chapter 13.

Date: August 10, 2016

Address: 602 Evening Star Pl.
Bowie, MD 20721

Telephone no.: 301 808 8999

Marie C. Dambreville Penn
Debtor Print Name

_____
Debtor's Signature

_____
Joint Debtor - Print Name

_____
Joint Debtor's Signature

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In Re: Marie C. Dambreville Penn

Debtor(s)

Case Number: 16-18983

Chapter: 13

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8/10/2016 day of August, a copy of my request for an extension - Motion to extend Stay to my Chapter 13 trustee, Mr. Timothy Brannigan 14502 Greenview Dr., Ste. 506, Laurel, MD 20708 was mailed via United States Postal Service to the following parties of interest: Mr. Timothy Brannigan

_____
Signature